# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lea Alayne Teasdale<br>Richard Warren Teasdale Sr.<br>　　　　　　　　　Debtors | CHAPTER 13 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY FKA BANKERS TRUST COMPANY OF CALIFORNIA, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE AAMES MORTGAGE TRUST, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2001-1, its successors and/or assigns<br>　　　　　　　　Moving Party<br>　　vs. | NO. 15-15128 REF<br><br>11 U.S.C. Section 362 |
| Lea Alayne Teasdale<br>Richard Warren Teasdale Sr.<br>　　　　　　　　　Debtors | |
| Frederick L. Reigle Esq.<br>　　　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Post Petition Fee Notice of DEUTSCHE BANK NATIONAL TRUST COMPANY FKA BANKERS TRUST COMPANY OF CALIFORNIA, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE AAMES MORTGAGE TRUST, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2001-1, which was filed with the Court on or about September 27, 2016

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**/s/ Denise Carlon, Esquire**
　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　Main Number: (215) 627-1322

November 14, 2016