**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| RICHARD WARREN TEASDALE, SR. | : | |
| LEA ALAYNE TEASDALE | : | Bankruptcy No.  15-15128-ref |
| Debtors | : | |

**PRAECIPE TO WITHDRAW DEBTORS' OBJECTION**

TO THE CLERK OF SAID COURT:

Kindly withdraw Debtors' Objection to Notice of Post-Petition Mortgage Fees, Expenses, and Charges, Document No. 33, filed on October 19, 2016.  The Objection is moot.

Dated: 11/29/2016            By:        */s/ Zachary Zawarski*
                                            ZACHARY ZAWARSKI, ESQUIRE
                                            1441 Linden Street
                                            Bethlehem, PA 18018
                                            Phone: (610) 417-6345
                                            Fax: (610) 974-9749
                                            zzawarski@zawarskilaw.com
                                            Attorney ID No.: 308348
                                            Attorney for Debtors