| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 15-15128-PMM

RICHARD WARREN TEASDALE, SR.  
LEA ALAYNE TEASDALE  
958 RIDGE ROAD  
BANGOR  PA    18013

Petition Filed Date: 07/17/2015  
341 Hearing Date: 10/06/2015  
Confirmation Date: 04/28/2016

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2019 | $3,500.00 |  | 02/19/2019 | $1,750.00 |  | 03/18/2019 | $1,750.00 |  |
| 04/18/2019 | $1,750.00 |  | 05/14/2019 | $1,750.00 |  | 06/14/2019 | $1,750.00 |  |
| 07/18/2019 | $1,750.00 |  | 08/19/2019 | $1,750.00 |  | 09/06/2019 | $1,750.00 |  |
| 10/17/2019 | $3,500.00 | 6259629000 | 10/17/2019 | $1,750.00 | 6259636000 | 10/28/2019 | ($3,500.00) | 6259629000 |
| 11/18/2019 | $1,750.00 | 6337138000 | 12/17/2019 | $1,750.00 | 6411602000 | 01/16/2020 | $1,750.00 | 6480616000 |
| 02/18/2020 | $1,750.00 | 6569409000 | 03/16/2020 | $1,750.00 | 6637355000 | 04/17/2020 | $1,750.00 | 6711765000 |
| 05/19/2020 | $1,750.00 | 6799261000 | 06/17/2020 | $1,750.00 | 6871841000 | 07/17/2020 | $1,750.00 | 6942167000 |

**Total Receipts for the Period: $35,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $103,005.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | BANK OF AMERICA  N.A.<br>»» 004 | Mortgage Arrears | $92,074.97 | $88,728.52 | $3,346.45 |
| 1 | PNC BANK<br>»» 001 | Unsecured Creditors | $2,110.32 | $0.00 | $2,110.32 |
| 2 | ZACHARY ZAWARSKI ESQ<br>»» 002 | Attorney Fees | $2,043.98 | $2,043.98 | $0.00 |

**Chapter 13 Case No. 15-15128-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $103,005.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $90,772.50 | Arrearages: | $1,750.00 |
| Paid to Trustee: | $9,082.50 | Total Plan Base: | $104,755.00 |
| Funds on Hand: | $3,150.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.