Certificate Number: 17572-PAE-DE-034835500

Bankruptcy Case Number: 15-15128



17572-PAE-DE-034835500

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 31, 2020, at 10:07 o'clock AM PDT, Richard W Teasdale Sr completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 1, 2020               By:    /s/Kelly Faulks

                                        Name:  Kelly Faulks

                                        Title: Counselor