**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| RICHARD WARREN TEASDALE, SR. | : | Case No.: 15-15128-pmm |
| LEA ALAYNE TEASDALE | : | |
| Debtors | : | |

**CHAPTER 13 DEBTOR'S CERTIFICATION REGARDING**
**DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

Pursuant to 11 U.S.C. § 1328(a), I certify that I owe no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any obligation since then.

Pursuant to 11 U.S.C. § 1328(h), I certify that I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of ours uses as a residence, claims as a homestead, or acquired as a burial plan, as specified in § 522(p)(1), and (2) that exceeds $155,675 in value in aggregate.

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.


Date: 10/1/2020             By:     /s/ *Richard Warren Teasdale, Sr.*
                                    Richard Warren Teasdale, Sr., Debtor

Date: 10/1/2020             By:     /s/ *Lea Alayne Teasdale*
                                    Lea Alayne Teasdale, Debtor