United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                         Case No. 15-15128-pmm
Richard Warren Teasdale, Sr.                                                                   Chapter 13
Lea Alayne Teasdale
    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Nov 12, 2020 | Form ID: 138NEW | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Warren Teasdale, Sr., Lea Alayne Teasdale, 958 Ridge Road, Bangor, PA 18013-5810 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 13566000 | + | Bank of America, Attn: Bankruptcy Dept., P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 13688013 | | DEUTSCHE BANK NATIONAL TRUST COMPANY FKA BANKERS T, Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 13687996 | | DEUTSCHE BANK NATIONAL TRUST COMPANY FKA BANKERS T, TRUSTEE FOR THE BENEFIT OF THE CERTIFICA, PASS THROUGH CERTIFICATES, SERIES 2001-1, Bank of America, N.A., P.O. Box 31785 Tampa, FL 33631-3785 |
| 13569852 | + | Deutsche Bank National Trust Company, c/o JOSHUA ISAAC GOLDMAN, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13566003 | + | First National Bank, Attn: Bankruptcy Dept., 1620 Dodge St. Stop Code: 3290, Omaha, NE 68197-0002 |
| 13567848 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 13566004 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, P.O. Box 3429, Pittsburgh, PA 15230-3429 |
| 13566006 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank, P.O. Box 108, St Louis, MO 63166 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2020 04:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 13 2020 04:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13566001 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 13 2020 04:06:30 | Capital One Bank (USA), N.A., Attn: Bankrptcy Dept., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 13566002 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 13 2020 04:04:52 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 13567848 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 13 2020 04:37:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 13566004 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 13 2020 04:37:00 | PNC Bank, P.O. Box 3429, Pittsburgh, PA 15230-3429 |
| 13566005 | | Email/PDF: gecsedi@recoverycorp.com | | |

| District/off: 0313-4 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 12, 2020 | Form ID: 138NEW | Total Noticed: 20 |

|  |  | Nov 13 2020 04:08:07 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
|---|---|---|---|
| 13566007 | + Email/Text: zzawarski@zawarskilaw.com | Nov 13 2020 04:38:00 | Zachary Zawarski, Esq., 1441 Linden Street, Bethlehem, PA 18018-2606 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13566008 | ##+ | Zucker, Goldberg & Ackerman, LLC, 200 Sheffield Street, Suite 101, Mountainside, NJ 07092-2315 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY Et Al... bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY Et Al... bkgroup@kmllawgroup.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY Et Al... Josh.Goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS I. PULEO | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY Et Al... tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY ZAWARSKI | on behalf of Debtor Richard Warren Teasdale Sr. zzawarski@zawarskilaw.com |
| ZACHARY ZAWARSKI | on behalf of Joint Debtor Lea Alayne Teasdale zzawarski@zawarskilaw.com |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Richard Warren Teasdale, Sr. and Lea
Alayne Teasdale

        Debtor(s)                                    Bankruptcy No: 15−15128−pmm

                                                    Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        United States Bankruptcy Court
        Office of the Clerk, Gateway Building
        201 Penn Street, 1st Floor
        Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                              For The Court
                                              Timothy B. McGrath
                                              Clerk of Court

Dated: 11/12/20

                                                            47 − 46
                                                       Form 138_new